F07-5095/jbh/01-30-08

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass Through Certificates, Series 2005-R1, Under the Pooling and Servicing Agreement Dated as of February 1, 2005, Without Recourse | ) ) ) ) ) ) ) | Case No.: 07-3348  Judge: Solomon Oliver, Jr. |
| Plaintiff | ) ) | |
| vs. | ) ) | **Judgment** |
| Ronnie E. Williams, et al., | ) ) | |
| Defendants | ) | |

United States District Judge Solomon Oliver, Jr.

This cause came on to be heard by the Court upon written Motion of the Plaintiff, Deutsche Bank National Trust Company, as Trustee of Ameriquest Mortgage Securities, Inc., Asset Backed Pass-Through Certificates, Series 2005-R1, Under the Pooling and Servicing Agreement Dated as of February 1, 2005, Without Recourse, to vacate the prior Order of this Court staying this case and to place this case on this Court's active docket, for the reason that relief from the stay imposed by 11 U.S.C. Section 362 has been granted to the Plaintiff by the United States Bankruptcy Court Chapter 7 Case Number 07-18180.

The Court finds said Motion to be well taken and IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the prior order of this Court staying this cause entered herein on November 5, 2007, is hereby vacated and set aside and this case is hereby returned to the active docket of this Court.

**IT IS SO ORDERED:**
**DATE:** 2/20/2008

/s/SOLOMON OLIVER, JR.

**Judge Solomon Oliver, Jr.**
**United States District Judge**